**Emanuel ROLSKY et al., Appellants, v. FOX MIDWEST THEATRES, Inc., et al.**

No. 11056.

Circuit Court of Appeals, Eighth Circuit.

Nov. 15, 1937.

William G. Boatright, of Kansas City, Mo., for appellants.

Samuel W. Sawyer, Horace F. Blackwell, Jr., Henry W. Fox, Armwell L. Cooper, and William E. Kemp, all of

Kansas City, Mo., and Edward C. Raftery, of New York City, for appellees.

PER CURIAM.

Appeal docketed and dismissed with costs, on motion of appellees, under rule 26 of this court.